IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

ROBERT VINCENT BAGENT, et al

v.                                           CIVIL NO. RDB 01-3821

GLOBAL PRODUCT SOLUTIONS,
et al.

## ORDER APPROVING SETTLEMENT

Class counsel and defense counsel having jointly moved for approval of a settlement in the above captioned civil action, the Court has conducted a hearing on this date, reviewing the terms of the proposed settlement. Pursuant to Rule 23(e)(1)(C) of the Federal Rules of Civil Procedure, this Court finds that the terms of the proposed settlement are fair and reasonable, that appropriate notice has been provided to all class members and that no opposition has been filed. Based upon its review, this Court further finds that the mechanism proposed by the parties for payment to all class members is reasonable.

IT IS HEREBY ORDERED, this 6th day of August, 2004, that the Joint Motion to Approve the Settlement is GRANTED and that the proposed settlement IS APPROVED by this Court. This Court will retain jurisdiction over the parties to the settlement until all payments have been made in satisfaction of the settlement.

/s/ *Richard D. Bennett*
Richard D. Bennett
United States District Judge