IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT V. BAGENT, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO.  RDB-01-3821 |
| GLOBAL PRODUCTS SOLUTIONS, INC., et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \*

## ORDER

The Class Counsel in this action having petitioned this Court for an award of attorneys' fees pursuant to 29 U.S.C. § 2104(a)(6); the Defendants having filed no opposition; and the Court having reviewed the petition, and having found the legal time expended to have been reasonable and the request for an award of attorneys' fees to be fair and reasonable in light of the significant reduction of the value of that time and further finding that the attorneys' fees requested are considerably less than customary fees for similar work performed in the community;

IT IS HEREBY ORDERED this 15th day of September 2004 that Class Counsel Greber & Burgoon, P.C. is awarded fees in the amount of $13,750.00 as attorneys' fees in this case;

IT FURTHER ORDERED that the Petitioner shall be entitled to take those fees in three equal payments at the time there is a disbursement of the payment of settlement proceeds from the Defendants to the Class in this case.

/s/ _____
Richard D. Bennett
United States District Judge