IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ROBERT VINCENT BAGENT, et al. | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) Civil Action No. RDB 01-3821 |
| GLOBAL PRODUCT SOLUTIONS, et al. | ) |
| Defendants | ) |

*********************************************************************************

## MOTION TO ENFORCE COURT
## APPROVED SETTLEMENT AGREEMENT

Plaintiff Class moves that this Court:

1. Enter judgment against Defendants Ralph X. Stone ("Stone") and Stone Investment Banking, LLC ("SIB") in the amount of $15,277.75 (the "Unpaid Judgment"), which is the unpaid portion of a judgment that this Court ordered Stone and SIB to pay in installments by March 1, 2006;

2. Order Defendants Stone and SIB to pay Plaintiff Class post-judgment interest on the amount of the Unpaid Judgment, to run from March 2, 2006, at an interest rate of 10% per annum ($4.19 per day);

3. Order Defendants Stone and SIB to pay Plaintiff Class' reasonable attorney's fees and costs in the amount of fifteen percent (15%) of the amount of the Unpaid Judgment ($2,291.66); and

4. Grant Plaintiff Class such other or additional relief as this Court deems appropriate at law or in equity.

Plaintiffs have filed a memorandum in support of this motion herewith.

Respectfully submitted,

David S. Greber
Federal Bar No. 11856
Greber & Associates, PC
75 Thomas Johnson Dr., Suite E
Frederick, Maryland 21701
(301) 696-9396
Attorney for Class Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 3rd day of July, 2006, I served this Motion to Enforce Court Approved Settlement Agreement, and accompanying Memorandum in Support of Motion to Enforce Court Approved Settlement Agreement and draft Order, by First-Class U.S. Mail on John H. Wyman, Esq., South Park Place, 97 Court Street, Plymouth, Massachusetts 02360, attorney for Defendants Ralph X. Stone and Stone Investment Banking, LLC.

David S. Greber