IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ROBERT VINCENT BAGENT, et al.　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiffs　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　v.　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）　Civil Action No. RDB 01-3821
　　　　　　　　　　　　　　　　　　）
GLOBAL PRODUCT SOLUTIONS, et al.　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　Defendants　　　　　　　）
　　　　　　　　　　　　　　　　　　）

**ORDER**

Having considered the Plaintiff Class' Motion to Enforce Court Approved Settlement Agreement, and any opposition thereto, it is this **24th** day of **July**, 2006, hereby ORDERED that:

1. Defendants Ralph X. Stone ("Stone") and Stone Investment Banking, LLC ("SIB") pay $15,277.75 (the "Unpaid Judgment"), plus post-judgment interest on the amount of the Unpaid Judgment from and including March 2, 2006, at an interest rate of 10% per annum ($4.19 per day); and that

2. Defendants Stone and SIB pay Plaintiff Class attorney fees and costs in the amount of fifteen percent (15%) of the amount of the Unpaid Judgment ($2,291.66).

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge